

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SCHMALZ, on behalf of himself and all others similarly situated, | No. 08 CV 0264 (KMK) |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| MBIA INC., GARY C. DUNTON and C. EDWARD CHAPLIN, | |
| Defendants. | |

WHEREAS, this case was filed as a class action and is subject to the "lead plaintiff" provision and related provisions of the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3)(B)(i) *et seq.*,

IT IS HEREBY STIPULATED AND AGREED that:

1. Following the appointment of lead plaintiff(s) and lead counsel, lead plaintiff(s) shall have 60 days to file a consolidated amended complaint, subject to any further Orders of this Court.

2. Defendants' time to answer, move or otherwise respond to the Complaint in this case is hereby extended until 60 days after the later of (a) the appointment of lead plaintiff(s) and lead counsel pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 or (b) the filing of a consolidated amended complaint, subject to any further Orders of this Court.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

22661210v2

3. By entering into this stipulation, defendants do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

Dated: New York, New York
February 5, 2008

DEBEVOISE & PLIMPTON LLP

By: _____
Robert N. Shwartz (RS-0705)
Jeremy Feigelson ( JF-4963)

919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Defendants MBIA Inc.,
Gary C. Dunton and C. Edward Chaplin*

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: _____
Salvatore J. Graziano (SG-6854)
Mark Lebovitch (ML-6654)

1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

ABRAHAM FRUCHTER & TWERSKY LLP
Jeffrey Abraham (JA-2946)
One Penn Plaza, Suite 1910
New York, New York 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

*Attorneys for Plaintiff Steven Schmalz*

SO ORDERED:

_____
United States District Judge

dated: 2/7/08

2

22661210v2