UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SCHMALZ, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MBIA, INC., GARY C. DUNTON and C. EDWARD CHAPLIN,<br><br>        Defendants. | Civil Action No. 08-CV-0264 (KMK)<br><br>**ECF CASE** |
| TEAMSTERS LOCAL 807 LABOR MANAGEMENT PENSION FUND, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MBIA, INC., GARY C. DUNTON, C. EDWARD CHAPLIN and JOSEPH W. BROWN,<br><br>        Defendants. | Civil Action No. 08-CV-1845 |

*Caption continues on the following page.*

|  |  |
|---|---|
| GARY KOSSEFF, individually and on behalf of all other similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MBIA, INC., GARY C. DUNTON, AND C. EDWARD CHAPLIN,<br><br>        Defendants. | Civil Action No. 08-CV-2362 |

### LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL FOR THE CLASS, AND CONSOLIDATION OF ALL RELATED ACTIONS

Louisiana Municipal Police Employees' Retirement System ("MPERS"), by their counsel, hereby respectfully moves this Court to: (i) consolidate all related actions; (ii) be appointed Lead Plaintiff in the consolidated securities class action; and (iii) approve their selection and retention of Berman DeValerio Pease Tabacco Burt & Pucillo as Lead Counsel.

In support of this Motion, MPERS submits herewith a Memorandum of Law, the Declaration of Leslie R. Stern, and a Proposed Order.

Dated: March 11, 2008

Respectfully submitted,

By: **/S/** Todd S. Garber
Richard W. Cohen, Esq. (RC-5220)
Todd S. Garber, Esq. (TG-4620)
Lowey Dannenberg Cohen & Hart, P.C.
One North Broadway, Suite 509
White Plains, NY 10601
914-997-0500
914-733-7251 - direct line
tgarber@lowey.com
www.lowey.com

*Local Counsel for MPERS and Proposed Lead Counsel for the Class*

*-and-*

**BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO**
Leslie R. Stern
Jeffrey C. Block
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-Mail: lstern@bermanesq.com

*Counsel for MPERS and Proposed Lead
Counsel for the Class*