UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SCHMALZ, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>MBIA, INC., GARY C. DUNTON and C. EDWARD CHAPLIN,<br><br>      Defendants. | Civil Action No. 08-CV-0264 (KMK)<br><br>**ECF Case** |
| TEAMSTERS LOCAL 807 LABOR MANAGEMENT PENSION FUND, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>MBIA, INC., GARY C. DUNTON, C. EDWARD CHAPLIN and JOSEPH W. BROWN,<br><br>      Defendants. | Civil Action No. 08-CV-1845 |
| GARY KOSSEFF, individually and on behalf of all other similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>MBIA, INC., GARY C. DUNTON, AND C. EDWARD CHAPLIN,<br><br>      Defendants. | Civil Action No. 08-CV-2362 |

**CERTIFICATE OF SERVICE**

I, Todd Garber, hereby certify that the following documents

1. LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL FOR THE CLASS, AND CONSOLIDATION OF ALL RELATED ACTIONS;

2. MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF THE LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL FOR THE CLASS, AND CONSOLIDATION OF ALL RELATED ACTIONS;

3. DECLARATION OF LESLIE R. STERN IN SUPPORT OF THE MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF THE LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, FOR APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS, AND TO CONSOLIDATE ALL RELATED ACTIONS; AND

4. [PROPOSED] ORDER.

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies have been sent via first class mail to the following non-registered participants:

    Robert N. Swartz
    Jeremy Feigelson
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, NY  10022
    Tel:   (212) 909-6000
    Fax:  (212) 909-6836

    *Attorneys for Defendants MBIA Inc.,*
    *Gary C. Dunton and C. Edward Chaplin*

    David Avi Rosenfeld
    COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP
    58 South Service Road, Suite 200
    Melville, NY  11747
    Tel:   (631) 367-7100
    Fax:  (631) 367-1173

    *Attorneys for Teamsters Local 807 Labor*
    *Management Pension Fund*


    Marvin Lawrence Frank
    MURRAY, FRANK & SAILER, LLP
    275 Madison Avenue, 8th Floor
    New York, NY  10016
    Tel:   (212) 682-1818
    Fax:  (212) 682-1892

    *Attorneys for Gary Kosseff*


Dated: March 11, 2008                  /s/ Todd Garber
                                           Todd Garber