UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SCHMALZ on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>MBIA, INC., GARY C. DUNTON, EDWARD CHAPLIN,<br><br>      Defendants. | Case 7:08-cv-00264-KMK |
| TEAMSTERS LOCAL 807 LABOR MANAGEMENT PENSION FUND, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>MBIA INC., GARY C. DUNTON, C. EDWARD CHAPLIN, and JOSEPH W. BROWN<br><br>      Defendants. | Case No. 1:08-cv-01845-UA |
| GARY KOSSEFF, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>MBIA INC., GARY C. DUNTON, and C. EDWARD CHAPLIN<br><br>Defendants. | Case No. 7:08-cv-02362-UA |

**NOTICE OF MOTION AND MOTION OF THE TULARE COUNTY EMPLOYEES'
RETIREMENT ASSOCIATION FOR CONSOLIDATION OF RELATED CASES AND
<u>APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that putative class member the Tulare County Employees' Retirement Association ("Movant"), by its undersigned attorneys, will and hereby does move this Court before the Honorable Kenneth M. Karas, at the Courthouse located at 300 Quarropas St., Courtroom 521, White Plans, New York 10601, at a time and date to be set by the Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, P.L. 104-67, 109 Stat. 737, for entry of an order:

(1) consolidating the above-captioned related actions;

(2) appointing Movant as Lead Plaintiff in these related actions on behalf of purchasers of the securities of MBIA, Inc.; and

(3) approving Lead Plaintiff's selection of the law firm Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as Lead Counsel.

In support of this Motion, Movant relies upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Catherine A. Torell, and the proposed order granting the relief requested herein.

Dated: Washington, D.C..
      March 11, 2008

Respectfully submitted,

**Cohen, Milstein, Hausfeld & Toll P.L.L.C.**

By:     /s/ Catherine A. Torell
    Catherine A. Torell (CAT-0905 )
    150 East 52nd Street, 30th Floor
    New York, New York 10022
    Tel: (212) 838 7797
    Fax: (212) 838-7745
    -and-
    Steven J. Toll
    Mark S. Willis
    Jason M. Leviton
    1100 New York Avenue, N.W.
    Suite 500, West Tower
    Washington, D.C. 20005
    Tel: 202-408-4600
    Fax: 202-408-4699

*Proposed Lead Counsel for the Class*