**CERTIFICATE OF SERVICE**

     I certify that on March 11, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter. Any counsel not receiving a copy of the foregoing through the CM/ECF system will be sent a hard-copy via UPS Overnight.

                                              /s/ Jason M. Leviton_____
                                              Jason M. Leviton, Esq.

Case 7:08-cv-00264-KMK    Document 11    Filed 03/11/2008    Page 1 of 1