UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SCHMALZ, Individually, and On Behalf of All Others Similarly Situated, | |
| | Electronically Filed |
| Plaintiff, | |
| | Civil Action No.: 7:08-cv-0264-KMK |
| v. | (ECF Case) |
| MBIA INC., GARY C. DUNTON and C. EDWARD CHAPLIN, | Hon. Kenneth M. Karas |
| Defendants. | |

*(Additional Captions on the Following Page)*

**MOTION OF THE PLYMOUTH COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u>**

```
------------------------------------------------------- x
TEAMSTERS LOCAL 807 LABOR                    :
MANAGEMENT PENSION FUND,                     :
Individually, and On Behalf of All Others    :   Electronically Filed
Similarly Situated,                          :
                                             :   Civil Action No.: 1:08-cv-01845-UA
                    Plaintiff,               :   (ECF Case)
                                             :
          v.                                 :
                                             :
MBIA INC., GARY C. DUNTON, C.                :
EDWARD CHAPLIN and JOSEPH W.                 :
BROWN,                                       :
                                             :
                    Defendants.              :
------------------------------------------------------- x
GARY KOSSEFF, Individually, and On Behalf    :
of All Others Similarly Situated,            :
                                             :   Electronically Filed
                    Plaintiff,               :
                                             :   Civil Action No.: 7:08-cv-02362-UA
          v.                                 :   (ECF Case)
                                             :
MBIA INC., GARY C. DUNTON and C.             :
EDWARD CHAPLIN,                              :
                                             :
                    Defendants.              :
                                             :
                                             :
                                             :
                                             :
                                             :
------------------------------------------------------- x
```

PLEASE TAKE NOTICE that class member the Plymouth County Retirement System ("Plymouth County") by its counsel, hereby move this Court for an Order: (i) consolidating the actions; (ii) appointing Plymouth County as Lead Plaintiff; (iii) approving Plymouth County's selection of Labaton Sucharow LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this motion, Plymouth County submits herewith a Memorandum of Law and Declaration of Alan I. Ellman.

Dated: March 11, 2008

Respectfully submitted,

**LABATON SUCHAROW LLP**

By: */s/ Alan I. Ellman*
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for the Plymouth County Retirement System and Proposed Lead Counsel for the Class*