UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SCHMALZ, Individually, and On Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>                  v.<br><br>MBIA INC., GARY C. DUNTON and C. EDWARD CHAPLIN,<br><br>                     Defendants. | Electronically Filed<br><br>Civil Action No.: 7:08-cv-0264-KMK<br>(ECF Case)<br><br>Hon. Kenneth M. Karas |

*(Additional Captions on the Following Page)*

**CERTIFICATE OF SERVICE**

------------------------------------------------------- x
TEAMSTERS LOCAL 807 LABOR                : 
MANAGEMENT PENSION FUND,                 : 
Individually, and On Behalf of All Others : Electronically Filed
Similarly Situated,                      : 
                                         : Civil Action No.: 1:08-cv-01845-UA
                   Plaintiff,            : (ECF Case)
                                         : 
       v.                                : 
                                         : 
MBIA INC., GARY C. DUNTON, C.            : 
EDWARD CHAPLIN and JOSEPH W.             : 
BROWN,                                   : 
                                         : 
                   Defendants.           : 
------------------------------------------------------- x
GARY KOSSEFF, Individually, and On       : 
Behalf of All Others Similarly Situated, : 
                                         : Electronically Filed
                   Plaintiff,            : 
                                         : Civil Action No.: 7:08-cv-02362-UA
       v.                                : (ECF Case)
                                         : 
MBIA INC., GARY C. DUNTON and C.         : 
EDWARD CHAPLIN,                          : 
                                         : 
                   Defendants.           : 
                                         : 
                                         : 
                                         : 
                                         : 
                                         : 
                                         : 
------------------------------------------------------- x

I, Alan I. Ellman, hereby certify, that on March 11, 2008, I electronically filed true and correct copies of the foregoing documents:

- Motion of the Plymouth County Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

- Memorandum of Law in Support of the Motion of the Plymouth County Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

- Declaration of Alan I. Ellman in Support of the Motion of the Plymouth County Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

SGraziano@blbglaw.com; drosenfeld@csgrr.com; srudman@csgrr.com;

mfrank@murrayfrank.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participants:

Robert N. Shwartz
Jeremy Feigleson
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

Jeffrey Abraham
Abraham Fruchter & Tweersky LLP
One Penn Plaza, Suite 1910
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

Darren J. Robbins
David C. Walton
Catherine J. Kowalewski
Coughlin Stoia Geller
Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

    /s/ _Alan I. Ellman_____
      Alan I. Ellman (AE-7347)