UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SCHMALZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MBIA, INC., GARY C. DUNTON, and C. EDWARD CHAPLIN,<br><br>Defendants. | CIVIL ACTION NO. 08-0264-KMK |
| TEAMSTERS LOCAL 807 LABOR MANAGEMENT PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MBIA, INC., GARY C. DUNTON, C. EDWARD CHAPLIN, and JOSEPH W. BROWN,<br><br>Defendants. | CIVIL ACTION NO. 08-1845-UA |

(Caption continued on subsequent page)

**CERTIFICATE OF SERVICE**

|  |  |
|---|---|
| GARY KOSSEFF, Individually and On behalf of All Others Similarly Situatted,<br><br>Plaintiff,<br><br>v.<br><br><br>MBIA, INC., GARY C. DUNTON and C. EDWARD CHAPLIN,<br><br>Defendants. | CIVIL ACTION NO. 08-2362-UA |

I, Maureen Duncan, hereby certify that on March 11, 2008, I caused the following documents to be filed electronically with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service:

1- NOTICE OF MOTION OF TEACHERS' RETIREMENT SYSTEM OF OKLAHOMA FOR (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS;

2- MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF TEACHERS' RETIREMENT SYSTEM OF OKLAHOMA FOR (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS; and

3- DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION OF TEACHERS' RETIREMENT SYSTEM OF OKLAHOMA FOR (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS.

_/s/ Maureen Duncan_
Maureen Duncan