UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SCHMALZ, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MBIA, INC., et al.,<br><br>                    Defendants. | Civil Action No. 7:08-cv-00264-KMK<br><br>CLASS ACTION |
| TEAMSTERS LOCAL 807 LABOR MANAGEMENT PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MBIA INC., et al.,<br><br>                    Defendants. | Civil Action No. 7:08-cv-01845-UA<br><br>CLASS ACTION |
| GARY KOSSEFF, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MBIA, INC., et al.,<br><br>                    Defendants. | Civil Action No. 7:08-cv-02362-UA<br><br>CLASS ACTION |

MASSACHUSETTS LABORERS' ANNUITY FUND'S RESPONSE TO COMPETING
MOTIONS FOR CONSOLIDATION, TO APPOINT LEAD PLAINTIFF AND APPROVE
SELECTION OF LEAD COUNSEL

The Massachusetts Laborers' Annuity Fund (the "Massachusetts Laborers") respectfully submits this response to all other motions for appointment as lead plaintiff. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the Court is to appoint as lead plaintiff the "person or group of persons" with the largest financial interest in the litigation that otherwise satisfies the requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii). Here, it appears that the Teachers' Retirement System of Oklahoma claims the largest financial interest in the relief sought by the class.

Nevertheless, should the Court determine that the other movants do not satisfy the PSLRA's typicality and adequacy requirements, the Massachusetts Laborers stands ready, willing and able to serve the interests of the class.

DATED:  March 18, 2008                              COUGHLIN STOIA GELLER
                                                                                RUDMAN & ROBBINS LLP
                                                                           SAMUEL H. RUDMAN
                                                                           DAVID A. ROSENFELD
                                                                           MARIO ALBA, JR.


                                                                                      s/ David A. Rosenfeld
                                                                                  DAVID A. ROSENFELD

                                                                           58 S Service Road, Suite 200
                                                                           Melville, NY 11747
                                                                           Telephone: 631/367-7100
                                                                           631/367-1173 (fax)

                                                                           [Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\MBIA Secs\BRF00050009.doc

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 18, 2008.

      s/ David A. Rosenfeld
      DAVID A. ROSENFELD

      COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
      58 South Service Road, Suite 200
      Melville, NY  11747
      Telephone:  631/367-7100
      631/367-1173 (fax)

      E-mail:drosenfeld@csgrr.com

# Mailing Information for a Case 7:08-cv-00264-KMK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alan Ian Ellman**
  aellman@labaton.com

- **Todd Seth Garber**
  tgarber@lowey.com

- **Salvatore Jo Graziano**
  SGraziano@blbglaw.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

- **Gerald Harlan Silk**
  jerry@blbglaw.com

- **Catherine A. Torell**
  ctorell@cmht.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)