**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
STEVEN SCHMALZ, Individually, and On : 
Behalf of All Others Similarly Situated, :
: Electronically Filed
Plaintiff, :
: Civil Action No.: 7:08-cv-0264-KMK
v. : (ECF Case)
:
MBIA INC., GARY C. DUNTON and C. : Hon. Kenneth M. Karas
EDWARD CHAPLIN, :
:
Defendants. :
:
---------------------------------------------------------- x

*(Additional Captions on the Following Page)*


**PLYMOUTH COUNTY RETIREMENT SYSTEM'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF ITS MOTION FOR CONSOLIDATION, APPOINTMENT <u>AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

```
------------------------------------------------------- x
TEAMSTERS LOCAL 807 LABOR                      :
MANAGEMENT PENSION FUND,                       :
Individually, and On Behalf of All Others      :   Electronically Filed
Similarly Situated,                            :
                                               :   Civil Action No.: 1:08-cv-01845-UA
                       Plaintiff,              :   (ECF Case)
                                               :
        v.                                     :
                                               :
MBIA INC., GARY C. DUNTON, C.                  :
EDWARD CHAPLIN and JOSEPH W.                   :
BROWN,                                         :
                                               :
                       Defendants.             :
------------------------------------------------------- x
GARY KOSSEFF, Individually, and On Behalf      :
of All Others Similarly Situated,              :
                                               :
                                               :   Electronically Filed
                       Plaintiff,              :
                                               :   Civil Action No.: 7:08-cv-02362-UA
        v.                                     :   (ECF Case)
                                               :
MBIA INC., GARY C. DUNTON and C.               :
EDWARD CHAPLIN,                                :
                                               :
                       Defendants.             :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
------------------------------------------------------- x
```

On March 11, 2008, Plymouth County Retirement System ("Plymouth County") filed a motion for consolidation, appointment as lead plaintiff of the securities class action against MBIA Inc., and for approval of its selection of lead counsel. The Teachers Retirement System of Oklahoma ("Oklahoma Teachers") also filed a motion for consolidation, appointment as lead plaintiff, and approval of selection of lead counsel. Having reviewed the competing motion filed by Oklahoma Teachers, it appears that Plymouth County does not posses the "largest financial interest in the relief sought by the class" as required by the Private Securities Litigation Reform Act. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). For this reason, Plymouth County hereby withdraws its motion without prejudice to renew if, for any reason, Oklahoma Teachers' motion is not granted.

Dated: March 25, 2008               Respectfully submitted,

**LABATON SUCHAROW LLP**

By:  */s/ Christopher J. Keller*
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:  (212) 907-0700
Facsimile:   (212) 818-0477

*Attorneys for the Plymouth County Retirement System and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STEVEN SCHMALZ, Individually, and On Behalf of All Others Similarly Situated, | : : : | |
| | : | Electronically Filed |
| Plaintiff, | : : | Civil Action No.: 7:08-cv-0264-KMK |
| v. | : : | (ECF Case) |
| MBIA INC., GARY C. DUNTON and C. EDWARD CHAPLIN, | : : : | Hon. Kenneth M. Karas |
| Defendants. | : : : | |

*(Additional Captions on the Following Page)*

**CERTIFICATE OF SERVICE**

------------------------------------------------------- x
TEAMSTERS LOCAL 807 LABOR : 
MANAGEMENT PENSION FUND, :
Individually, and On Behalf of All Others : Electronically Filed
Similarly Situated, :
 : Civil Action No.: 1:08-cv-01845-UA
              Plaintiff, : (ECF Case)
 :
       v. :
 :
MBIA INC., GARY C. DUNTON, C. :
EDWARD CHAPLIN and JOSEPH W. :
BROWN, :
 :
              Defendants. :
------------------------------------------------------- x
GARY KOSSEFF, Individually, and On :
Behalf of All Others Similarly Situated, :
 : Electronically Filed
              Plaintiff, :
 : Civil Action No.: 7:08-cv-02362-UA
       v. : (ECF Case)
 :
MBIA INC., GARY C. DUNTON and C. :
EDWARD CHAPLIN, :
 :
              Defendants. :
 :
 :
 :
 :
 :
------------------------------------------------------- x

I, Christopher J. Keller, hereby certify, that on March 25, 2008, I electronically filed a true and correct copy of the foregoing document:

• Plymouth County Retirement System's Notice of Withdrawal Without Prejudice of its Motion for Consolidation, Appointment as lead Plaintiff, and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

SGraziano@blbglaw.com; drosenfeld@csgrr.com; srudman@csgrr.com;

mfrank@murrayfrank.com; tgarber@lowey.com; ctorell@cmht.com;

jerry@blbglaw.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participants:

Robert N. Shwartz  
Jeremy Feigleson  
Debevoise & Plimpton LLP  
919 Third Avenue  
New York, NY 10022  
Telephone: (212) 909-6000  
Facsimile: (212) 909-6836  

Darren J. Robbins  
David C. Walton  
Catherine J. Kowalewski  
Coughlin Stoia Geller Rudman  
　& Robbins LLP  
655 West Broadway, Suite 1900  
San Diego, CA 92101  
Telephone: (619) 231-1058  
Facsimile: (619) 231-7423  

Jeffrey Abraham  
Abraham Fruchter & Tweersky LLP  
One Penn Plaza, Suite 1910  
New York, NY 10119  
Telephone: (212) 279-5050  
Facsimile: (212) 279-3655  

　　　　　　　　　　　　　　　　　　　　　／s／ *Christopher J. Keller*　　  
　　　　　　　　　　　　　　　　　　Christopher J. Keller (CK-2347)