UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SCHMALZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MBIA, INC., GARY C. DUNTON and C. EDWARD CHAPLIN,<br><br>Defendants. | Civil Action No. 08-CV-0264 |
| TEAMSTERS LOCAL 807 LABOR MANAGEMENT PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MBIA, INC., GARY C. DUNTON, C. EDWARD CHAPLIN and JOSEPH W. BROWN,<br><br>Defendants. | Civil Action No. 08-CV-1845 |

*(Captions continue on next page)*

**LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM'S RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

{2145 / MISC / 00087785.DOC v1}

| | |
|---|---|
| GARY KOSSEFF, individually and on behalf of all other similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>MBIA, INC., GARY C. DUNTON, AND C. EDWARD CHAPLIN,<br><br>      Defendants. | Civil Action No. 08-CV-2362 |

Pending before this Court are competing motions for appointment as lead plaintiff. It appears that the Teachers Retirement System of Oklahoma ("Teachers Retirement System") has the largest financial interest of any adequate movant in the litigation. As such, pursuant to the Private Securities Litigation Reform Act of 1995, the Teachers Retirement System should be appointed lead plaintiff by this Court, and the Louisiana Municipal Police Employees' Retirement System ("MPERS") supports their application. However, if for some unknown or unforeseen reason the Court finds Teachers Retirement System inadequate to represent the Class in this matter, MPERS stands ready, willing, and able to serve as lead plaintiff for the Class.

Dated: March 26, 2008

                                          Respectfully submitted,

                                          By:**/S/** Todd S. Garber
                                          Todd S. Garber, Esq. (TG-4620)
                                          Lowey Dannenberg Cohen & Hart, P.C.
                                          One North Broadway, 5th Floor
                                          White Plains, NY 10601
                                          914-997-0500
                                          914-733-7251 - direct line
                                          tgarber@lowey.com
                                          www.lowey.com

*Local Counsel for MPERS and Proposed Lead Counsel for the Class*
     -and-

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
Leslie R. Stern
Jeffrey C. Block
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-Mail: lstern@bermanesq.com

*Counsel for MPERS and Proposed Lead Counsel for the Class*