## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STEVEN SCHMALZ, on behalf of himself and all others similarly situated, | ) ) ) | **CIVIL ACTION NO. 08-CV-0264-KMK** |
| | ) | **ECF Filed** |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| MBIA, INC., GARY C. DUNTON, and C. EDWARD CHAPLIN, | ) ) ) | |
| Defendants. | ) ) ) | |
| TEAMSTERS LOCAL 807 LABOR MANAGEMENT PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) | **CIVIL ACTION NO. 08-CV-1845-KMK** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MBIA, INC., GARY C. DUNTON, C. EDWARD CHAPLIN, and JOSEPH W. BROWN, | ) ) ) ) | |
| Defendants. | ) | |

(Caption continued on subsequent page)

## CERTIFICATE OF SERVICE

|  |  |
|---|---|
| GARY KOSSEFF, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br><br><br>MBIA, INC., GARY C. DUNTON and C. EDWARD CHAPLIN,<br><br>Defendants. | CIVIL ACTION NO. 08-CV-2362-UA |

    I, Maureen Duncan, hereby certify that on March 28, 2008, I caused the MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF THE TEACHERS' RETIREMENT SYSTEM OF OKLAHOMA FOR (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS to be filed electronically with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rule on Electronic Service.

*/s/ Maureen Duncan*
Maureen Duncan