UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MBIA, INC., SECURITIES LITIGATION | No. 08-CV-264 (KMK)<br>ECF Filed |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Kurt Hunciker, a duly admitted member in good standing of the bars of the State of New York and of this Court, and counsel with the law firm Bernstein Litowitz Berger & Grossmann LLP, counsel for Lead Plaintiff the Teachers' Retirement System of Oklahoma and Lead Counsel for the Class, hereby enters his appearance on behalf of the Teachers' Retirement System of Oklahoma in the above-captioned matter.

Date: August 5, 2008

Respectfully submitted,

/s/ Kurt Hunciker
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Kurt Hunciker (KH-4190)
1285 Avenue of the Americas
New York, New York 10019
Tel: (212)-554-1400
Fax: (212)-554-1444

*Counsel for the Teachers' Retirement System of Oklahoma and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MBIA, INC., SECURITIES LITIGATION | No. 08-CV-264 (KMK)<br>ECF Filed |

## CERTIFICATE OF SERVICE

I, Kurt Hunciker, hereby certify that on August 5, 2008, the Notice of Appearance of Kurt Hunciker in this action was electronically filed with the Clerk of the Court in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York.

Date: August 5, 2008

Respectfully submitted,

/s/ Kurt Hunciker
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
Kurt Hunciker (KH-4190)
1285 Avenue of the Americas
New York, New York 10019
Tel: (212)-554-1400
Fax: (212)-554-1444

*Counsel for the Teachers' Retirement System of Oklahoma and Proposed Lead Counsel for the Class*